## Alex Stefan, Plaintiff-Appellee, v. Elgin, Joliet and Eastern Railway Company, Defendant-Appellant.

**Gen. No. 47,086.**

First District, Second Division.

January 7, 1958.

Rehearing denied March 5, 1958.

Released for publication April 2, 1958.

Stevenson, Conaghan, Velde & Hackbert (Harlan L. Hackbert, and Dean A. Olds, of counsel) for appellant; Silvio E. Piacenti, Warren J. Hickey, and Edward Wolfe (Edward Wolfe, of counsel) for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.